EPPIE EVANS, *Appellant,* vs. MCKENDREE TUCKER, Individ-
ually and as Executor of the Estate of EPPES TUCKER,
SR., deceased, D. M. PIPKIN and wife, SARAH C. PIPKIN
and COMMONWEALTH LIFE INSURANCE COMPANY, a cor-
poration, *Appellees.*

Opinion filed May 28, 1931.

*Evan Evans,* for Appellant;

*Callaway & Burruss,* for Appellee Commonwealth Life Ins. Co.

PER CURIAM.—The record in this cause having been considered by the Court, and the foregoing opinion prepared under Chapter 14553, Acts of 1929, adopted by the Court as its opinion, it is considered, ordered, and decreed by the Court that the orders of the court below should be, and the same are hereby, affirmed.

BUFORD, C.J., AND WHITFIELD, ELLIS, TERRELL, BROWN AND DAVIS, J.J., concur.